United States District Court
Southern District of Texas
**ENTERED**
March 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICK CANTWELL, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-15-03318 |
| | § |
| NATIONAL CREDIT ADJUSTERS, LLC, | § |
| AND DOES 1 THROUGH 10, INCLUSIVE, | § |
| | § |
| Defendants. | § |

**ORDER GRANTING NICK CANTWELL'S RULE 55(a) REQUEST
FOR ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC**

The plaintiff, Nick Cantwell, filed a Request for Entry of Default as to Defendant National Credit Adjusters, LLC and National Credit Adjusters, LLC, after it was served but failed to appear, answer, plead or otherwise defend this action. (Docket Entry No. 7). The motion is granted.

The Clerk will enter a default against National Credit Adjusters, LLC under Federal Rule of Civil Procedure 55(a).

Nick Cantwell must file a Motion for Default Judgment, with documents and affidavits to support the relief sought, no later than March 25, 2016. The March 25, 2016 Rule 16 Conference is cancelled.

SIGNED on March 15, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge