United States District Court
Southern District of Texas

**ENTERED**

April 28, 2016

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NICK CANTWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-03318 |
| | § | |
| NATIONAL CREDIT ADJUSTERS, LLC, | § | |
| AND DOES 1 THROUGH 10, INCLUSIVE, | § | |
| | § | |
| Defendants. | § | |

## ORDER ENTERING DEFAULT AND FINAL DEFAULT JUDGMENT

Plaintiff Nick Cantwell has filed a motion for entry of default judgment against defendant

National Credit Adjusters, LLC.  It appears that National Credit Adjusters has failed to answer the

complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against it proper.

Cantwell has filed an affidavit and exhibits in support of his claims for damages and fees.  Notice

of the motions for entry of default and for default judgment were sent to National Credit Adjusters.

Further notice and hearings are not necessary.  Rule 55(b)(2), Fed. R. Civ. P.

The motion for entry of default and for default judgment is granted.  Nick Cantwell has

established his entitlement to default judgment against National Credit Adjusters, LLC, in the

amount of $2,000.00 in statutory damages; reasonable attorney's fees and costs of $5,350.00; and

postjudgment interest at the rate of 0.54% *per annum*.

SIGNED on April 28, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge